AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| LATRICE M. LEE, individually and on behalf of all others similarly situated, *Plaintiff(s)* <br> v. <br> MIDLAND CREDIT MANAGEMENT, INC., *Defendant(s)* | Civil Action No. 3:19-cv-01267-J-39MCR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Midland Credit Management, Inc.
c/o Registered Agent
CORPORATION SERVICE COMPANY
1201 HAYS ST.
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*PatriciaMorawski*

Date: **Nov 01, 2019**

Signature of Clerk or Deputy Clerk

[SERVED stamp across page]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01267-J-39MCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Latrice Lee v Midland Credit Management, Inc.
was received by me on *(date)* 11/04/2019 .

☐ I personally served the summons on the individual at *(place)* 1201 Hays Street. Tallahassee, FL 32301
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sheena Cruz - Authorized for CSC , who is designated by law to accept service of process on behalf of *(name of organization)* Midland Credit Management, Inc. on *(date)* 11/07/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/15/2019

*Server's signature*

Brennan Fogarty- Process Server
*Printed name and title*

151 N Nob Hill Road, Suite 254
Plantation, FL 33324
*Server's address*

Additional information regarding attempted service, etc: