UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LATRICE M. LEE, individually and on
behalf of all other similarly situated,

      Plaintiff,

v.                                       Case No.: 3:19-cv-1267-J-39MCR

MIDLAND CREDIT MANAGEMENT,
INC.,

      Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Joint Notice Regarding Mediator Selection (Doc. 16) and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is

**ORDERED** that the following individual is appointed to serve as mediator in this action:

| | |
|---|---|
| **Name of Mediator:** | Rodney A. Max, Esq. |
| **Address:** | 1400 Hand Avenue, Suite D<br>Ormond Beach, FL 32174 |
| **Telephone Number:** | (386) 253-1560 |

**DONE** and **ORDERED** in Jacksonville, Florida this 4th day of February, 2020.

                                                    BRIAN J. DAVIS
                                                  United States District Judge

*Copies furnished to:*

Counsel of Record
Unrepresented Parties

*ap*